THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HENRY J. FURLONG, Appellant.

*People* v. *Furlong*, 140 App. Div. 179, affirmed.
(Argued January 9, 1911; decided February 7, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 20, 1910, which affirmed a judgment of the court at a Trial Term rendered upon a verdict convicting the defend-

ant of the crime of asking for and agreeing to receive a bribe.

*W. Bourke Cockran* and *Martin T. Manton* for appellant.

*John F. Clarke, District Attorney,* for respondent.

Judgment of conviction affirmed on opinion of CARR, J., below.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.